UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **No. 17-12120** |
| **DARRYL VANNOY** | **SECTION I** |

### ORDER

Having considered the petition, the record, the applicable law, the report and recommendation of the United States Magistrate Judge, and the petitioner's objections,

**IT IS ORDERED** that petitioner's objections are **OVERRULED** and that the petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, May 29, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**